# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTANTINE PETROVIC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SHERIFF STANLEY SNIFF, JR., et al.,<br><br>　　　　　Defendants. | Case No. ED CV 16-02295 RGK (AFM)<br><br>**JUDGMENT** |

　　　Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

　　　IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice for failure to diligently prosecute.

DATED: September 1, 2017

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE